```
         FILED              RECEIVED
         ENTERED            SERVED ON
                    COUNSEL/PARTIES OF RECORD

              NOV 17 2011

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
        BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　vs<br><br>DANI M. MCLEOD,<br><br>　　　　Defendant. | 2:11-mj-750-CWH<br><br>**ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE** |

　　　　The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

　　　　IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **DANI M. MCLEOD**.

　　　　IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defendant, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 17th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Federal Public Defender's Office appearance by:＿＿＿Rachel Korenblat＿＿＿＿＿＿