UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE  U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

November 30, 2011

Clerk, U. S. District Court
Central District of California
1415 State Street
Santa Barbara, CA   93101


RE:   USA vs Dani M. McLEOD

Your Case/Citation No: 1981430-CC21
NEVADA Case No: 2:11-MJ-750-CWH

Dear Clerk:

Enclosed please find certification of the docket sheet in the above-referenced case, current as of November 30, 2011.  The entire case file is maintained electronically and is accessible through PACER for the District of Nevada.  If applicable, Sealed document(s) is/are enclosed.

Please acknowledge receipt of this letter by signing the enclosed copy and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


    /s/ Karen Richardson
Magistrate Judge Support Clerk

Enclosures

**Receipt of the above referenced case is hereby acknowledged this _____ day of _____ 20\_\_\_.**

**By:**_____